```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 14626
   GLENN WILLIAMS
   DEBRA WILLIAMS                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-4240     SSN XXX-XX-4642

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 04/13/2004 and was confirmed 06/10/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.79% from remaining funds.

   The case was paid in full 02/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED         12847.04       3442.15       12847.04
WELLS FARGO AUTO FINANCE  UNSECURED       NOT FILED         .00            .00
COOK COUNTY CHILD SUPPOR  PRIORITY        NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          801.84          .00         801.84
AMERICAN EXPRESS TRAVEL   UNSECURED        1742.67          .00         989.61
AMERICAN EXPRESS TRAVEL   UNSECURED        3149.57          .00        1788.55
ASSET ACCEPTANCE CORP     UNSECURED        4294.79          .00        2438.88
CAPITAL ONE               UNSECURED       NOT FILED         .00            .00
CAPITAL ONE               UNSECURED       NOT FILED         .00            .00
FIRST NATIONAL COLLECTIO  UNSECURED       NOT FILED         .00            .00
ROUNDUP FUNDING LLC       UNSECURED        2294.38          .00        1302.91
ECAST SETTLEMENT CORP     UNSECURED        2148.99          .00        1220.35
ACCOUNTS SOLUTIONS GROUP  NOTICE ONLY     NOT FILED         .00            .00
I C COLLECTION SERVICE    UNSECURED       NOT FILED         .00            .00
SOUTHWEST RADIOLOGIST     NOTICE ONLY     NOT FILED         .00            .00
JEFFREY A KAPP DDS        UNSECURED       NOT FILED         .00            .00
KOHLS                     UNSECURED         360.21          .00         204.55
ARROW FINANCIAL SERVICES  NOTICE ONLY     NOT FILED         .00            .00
ECAST SETTLEMENT CORP     UNSECURED       NOT FILED         .00            .00
ASSOCIATES NATIONAL BANK  UNSECURED        1281.94          .00         727.98
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED         .00            .00
SEARS                     UNSECURED       NOT FILED         .00            .00
STATE COLLECTION SERVICE  UNSECURED       NOT FILED         .00            .00
CITIFINANCIAL SERVICES I  FILED LATE       1288.13          .00            .00
PALOS COMMUNITY HOSPITAL  NOTICE ONLY     NOT FILED         .00            .00
WORLD FINANCIAL NETWORK   UNSECURED       NOT FILED         .00            .00
WFNNB EXPRESS             UNSECURED       NOT FILED         .00            .00
WFNNB EXPRESS             UNSECURED       NOT FILED         .00            .00
WORLD FINANCIAL           UNSECURED       NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         187.04          .00         106.21
AMERICAN EXPRESS TRAVEL   UNSECURED         443.88          .00         252.07
ARROW FINANCIAL SERVICES  UNSECURED         447.28          .00         254.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 14626 GLENN WILLIAMS & DEBRA WILLIAMS
```

```
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    2,694.00                    2,694.00
TOM VAUGHN               TRUSTEE                                    1,589.86
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  30,660.00

PRIORITY                                         801.84
SECURED                                       12,847.04
    INTEREST                                   3,442.15
UNSECURED                                      9,285.11
ADMINISTRATIVE                                 2,694.00
TRUSTEE COMPENSATION                           1,589.86
DEBTOR REFUND                                       .00
                         ---------------   ---------------
TOTALS                   30,660.00            30,660.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 05/28/08                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE